In the Matter of GENERAL FOOTWEAR CORPORATION, Respondent, against A. C. LAWRENCE LEATHER COMPANY, Appellant.

(Argued October 2, 1929; decided December 3, 1929.)

*David Paine* for appellant.
*Bernard Hershkopf* for respondent.

*Julius Henry Cohen, Kenneth Dayton* and *Burton A. Zorn* for Chamber of Commerce of the State of New York et al., *amici curiæ.*

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.